GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Email: gmarina@clarkhill.com
Telephone:     (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ELEXIS ROCKEL AGBODZA, | Case No. 2:26-cv-01510-ART-BNW |
| Plaintiff, | |
| vs. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and Plaintiff and Defendant, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from June 11, 2026, through and including July 11, 2026.

///

///

///

///

///

The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, as well as potentially engage in early settlement negotiations, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 9th day of June 2026.

CLARK HILL PLLC

By: /s/ Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
CLARK HILL PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:    (702) 862-8300

*Attorney for Defendant Equifax
Information Services LLC*

/s/ Elexis Rockel Agbodza
Elexis Rockel Agbodza
4920 Dorrell Ln,
Las Vegas, NV 89131
ELEXISAGBODZA@GMAIL.COM

*Pro Se Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: June 10, 2026

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 9th day of June 2026, via CM/ECF, as well as served via mail and email to Plaintiff at:

Elexis Rockel Agbodza
4920 Dorrell Ln,
Las Vegas, NV 89131
ELEXISAGBODZA@GMAIL.COM
*Pro Se Plaintiff*

By: /s/ Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
CLARK HILL PLLC
Email: gmarina@clarkhill.com

- 3 -